**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Shawn Traylor, | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  310cv00884 |
| Tritium Card Svcs, Inc.; and Does 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated June 25, 2010

Respectfully submitted,

PLAINTIFF, Shawn Traylor

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
 Facsimile:  (877) 795-3666
 slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg